[No. 21264–8–I.  Division One.  December 30, 1988.]

GEORGE T. PATTYSON, ET AL, *Appellants,* v. JANICE BLAIR, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86–2–01309–3, Marshall Forrest, J., entered August 21, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, A.C.J., and Grosse, J.

[No. 20934–5–I.  Division One.  December 30, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. EARL JOSEPH ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–1–01180–8, Joseph A. Thibodeau, J., entered August 10, 1987. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Webster and Winsor, JJ.

[No. 20190–5–I.  Division One.  December 30, 1988.]

HERMENEGILDA DELOVINO, *Appellant,* v. THE SEATTLE CIVIL SERVICE COMMISSION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–02098–2, Sharon S. Armstrong, J., entered January 20, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, A.C.J., and Swanson, J.